UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

CASE NUMBER: 06-81128-CIV-HURLEY

ADVANCED BODYCARE
SOLUTIONS, LLC.

    Plaintiff

vs.

THIONE INTERNATIONAL, INC.

    Defendant.
_____/

## ~~PROPOSED~~ ORDER APPROVING AMENDED JOINT MOTION TO LIFT STAY (DE#42) & Lifting STAY

THIS CAUSE came before the Court upon the Defendant, THIONE INTERNATIONAL, INC's and Plaintiff's, ADVANCED BODYCARE SOLUTIONS, INC.'S Amended Joint Motion to Lift Stay, and the Court being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the parties Amended Joint Motion to Lift Stay is hereby GRANTED. ~~It is further~~ The stay is lifted and this case shall be placed on the court's trial docket. It is further ORDERED AND ADJUDGED that the answer and/or responsive pleadings to the Amended Complaint shall be due on or before June 6, 2008.

DONE AND ORDERED in Chambers in West Palm Beach, Palm Beach County, Florida this 30th day of May, 2008.

_____
HONORABLE DANIEL T. HURLEY
UNITED STATES DISTRICT JUDGE

cc: all counsel