(706) 320-9646

FedEx Express

r & Brown

BILL SENDER

strict Court
strict of Florida
S SECTION
enue
28

Ship Date: 08JUL09
ActWgt: 7.0 LB
CAD: 9884259/INET9060
Account#: S ********

Delivery Address Bar Code



Ref #    Thione/JCF/Ida
Invoice #
PO #
Dept #

TRK#    1 of 2    THU - 09JUL    A2
0201   7977 4592 3723    **STANDARD OVERNIGHT**
## MASTER ##

**3C MPBA**    33128    y
FL-US
MIA



Align bottom of Peel and Stick Airbill or Pouch here.



OF 2

he

From: Origin ID: CSGA (706) 320-9646
Leslie Akin
Daughtery, Crawford, Fuller & Brown
1430 Wynnton Road

Columbus, GA 31906

FedEx Express



J09200906152023

SHIP TO: (305) 523-5085    BILL SENDER
**United States District Court**
**The Southern District of Florida**
**ATTN: APPEALS SECTION**
**400 N. Miami Avenue**
**Miami, FL 33128**



Ship Date: 08JUL09
ActWgt: 8.0 LB
CAD: 9884259/INET9060
Account#: S ********

Delivery Address Bar Code



Ref # Thione/JCF/Ida
Invoice #
PO #
Dept #

MPS# 0263    7977 4592 3790         2 of 2     THU - 09JUL      A2
Mstr#  7977 4592 3723  0201                STANDARD OVERNIGHT

**3C MPBA**

33128
FL-US
MIA



Align bottom of **Peel and Stick Airbill** or **Pouch** he